FRANCES S. PELLOCK, as Administratrix of the Estate of JOHN PELLOCK, Deceased, Respondent, *v.* SCHENECTADY RAILWAY COMPANY, Appellant.

*Pellock* v. *Schenectady Ry. Co.*, 163 App. Div. 929, affirmed.
(Argued May 10, 1916; decided May 30, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 25, 1914, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant in permitting one of its trolley cars to collide with a wagon driven by said intestate. The negligence of the defendant and the contributory negligence of intestate were the only questions on appeal.

*Daniel Naylon, Jr.*, for appellant.

*William Dewey Loucks* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN, SEABURY and POUND, JJ.